No. 18,471.

PEOPLE OF THE STATE OF COLORADO, EX REL. DUKE W.
DUNBAR, ATTORNEY GENERAL *v.* SOUTH PLATTE WATER
CONSERVANCY DISTRICT, ET AL.

(343 P. [2d] 812)

Decided June 22, 1959.   Rehearing denied September 14, 1959.

504

*Original Proceeding.*